IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Summer Ann Wine, | ) | Civil Action No.: 0:14-1949-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commission of Social Security | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for this Court to enter judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff consents to Defendant's motion. Upon consideration, Defendant's motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1], and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically consider additional mental health treatment records that Plaintiff submitted to the Appeals Council after the issuance of the Administrative Law Judge's Decision, and issue a new decision.

**AND IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

November 4, 2014
Greenville, South Carolina

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.