UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| SUMMER ANN WINE, | ) | CASE NO. 0:14-cv-1949-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Stipulation for Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act, it is

ORDERED that Plaintiff, Summer Ann Wine, is awarded attorney fees under the EAJA in the amount of Three Thousand Six Hundred dollars and Zero cents ($3,600.00). These attorney fees will be paid directly to Plaintiff, Summer Ann Wine, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

s/Bruce Howe Hendricks
_____
**Bruce Howe Hendricks**
**United States District Judge**

December 10, 2014
Greenville, South Carolina